

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ALBERT ANTWAN HUDSON
#205631

                    Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s)
and prisoner number(s) in this action.)

vs.

SHERIFF OF RAMSEY COUNTY, et.al
SHERIFF MATT BOSTROM
DEPUTY SHERIFF/ MARK BLOOM
MANAGERING NUSRE STEVEN FROST
SUPERVISING NURSE ROB MOXLEY-GOLDSMIT
OFFICIAL AND INDIVIUAL CAPACITIES

                    Defendant(s).

(Enter the full name(s) of ALL defendants in
this action.  Please attach additional sheets
if necessary).

Case No. 14cv1399 JRT/TN
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES _X_      NO ___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
## 42 U.S.C. § 1983

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

SCANNED
MAY 0 5 2014
U.S. DISTRICT COURT MPLS

Albert Hudson

in this action or otherwise relating to your imprisonment in the last three years?

☐ Yes

☒ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

    1. Parties to the previous lawsuit:

        Plaintiffs:

        Defendants:

    2. Court (If federal court, name the district. If state court, name the state and county.):

    3. Case Number:

    4. Name of judge assigned to the case:

    5. Cause of action (Cite the statute under which you filed and write a brief statement of the case):

    6. Disposition or final determination of the case (for example, dismissed or appealed).

    7. Approximate date of filing the lawsuit:

    8. Approximate date of disposition or final determination of the lawsuit:

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

Dibut Hudson

## STATEMENT OF FACTS

On the **13th of July 2012** the plaintiff *(Albert A. Hudson)* was arrested he was then transported to the St. Johns Hospital ER for the dogs bite wounds in his back, he suffers during his arrest. The plaintiff was treated and released that same night and transported to the Ramsey County Jail, with the discharge medication prescriptions of **(Augmentin-Amoxicillin Trihydrate and Potassium Clavulante)** which are an antibiotic for preventing any of infection, from the open wounds from the dog bite. Plaintiff was only supposed to take these antibiotics from his day of the discharge from St. John Hospital on *7/13/2012 to 7/23/2012*. Plaintiff showed no signs of ever having **(Staph Infection)** before entering the Ramsey County ADC, which would've been discovered and would've been apart of the primary diagnosis as shown in the E.R. transition record which only shows **(Dog Bite Wounds, Alcohol Intoxication and Hyperglycemia).**

This is proof of no staph infection present at the time of plaintiffs released to the custody of the Ramsey County Sheriff Depart. Plaintiff was admitted and booked *on 7/13/2012 in* the intake of the ADC where it was recorded, and was seen at the St. John Hospital ER. There isn't any evidence of Hudson showing symptom or signs of the **(Staph Infection)** ever being present at the time of his intake interview. Due to Hudson's being a diabetic, he was placed in a special housing unit 1B because it was directly across from (Health Service Department).

On *7/13/2012* nurse **(Erica Thompson)** recorded that the Hudson was taking medications named **(Polysporin and Augmention)** given to his for the treatment of

Albert Hudson #205631                    **Page 1**

the dog bite wounds he suffered during his arrest. The (Health Provider Order Sheet) shows there wasn't any signs of **(Staph Infection)** from *7/13/2012 – 8/9/2012.* On or about the *8th of August, (Hudson)* started noticing painful swelling boils, on his body and put in (ADC Health Care Request Form) stating he was breaking out and it's eating holes in his body.

On **8/13/2012** Hudson was seen by the (ADC Medical Nurse) for a wound culture and told by the doctor that he had contracted a **(Staph Infection).** Hudson had no history of past **(MESA)** which means, that the only way he could've contracted this infection was from some place in the (ADC). Hudson was prescript antibiotics for the **(Staph Infection)** is **(Cephalexin 500mg)** which is used for the treatment of infection caused by **(Bacteria** and **Bactrim DS).** There was also a prescription for **(Sulfamethoxazole and Trimethoprim)** in combination with the other two medications for treatment of Hudson **(Staph Infection)** he contracted while in the (ADC).

The **(Staph Infection)** was confirmed to show positive, by the **(MEDTOX LABORTIES)** on **8/15/2012** and reported to the (ADC). Again the plaintiff started suffered from the symptoms of the **(Staph Infection)** that he had been just treated for by the defendants medical staff and sent another (Health Care Request Form), (asking how did he catch the staph infection in the ADC and why is it coming back and list medication he was on). The only response if the defendant had was, by providing an information sheet as to the definition of **(MRSA - Staph Infection)**, but never gave Hudson a medical response or answer on comeback to Health Services for re-treatment. Hudson was exposed to the **(Staph Infection).**

The defendants only allowed him to change his uniform once and sometimes twice and that's only when a correctional officer felt they wanted to do clothing exchange. Even if the **(Staph Infection)** would've cleared up, Hudson being in the same infected area of the jail and not being allowing new uniform only once or twice a week, it's possible that he could have re-infected himself from his own dirty uniform or by uniforms wore by other inmates and even still infected areas and surface in the (ADC).

The plaintiff should've suffered from the infection because the defendants violated his 8<u>th</u> and 14 amendment rights when they knew of the presents of the **(Staph Infection)** in the (ADC) and yet continued to house pre-detainee in these conditions and this is support **Deliberate Indifference** by the defendants.


**PLAINTIFF   EXHAUSTED   ALL   AVENUSE   BEFORE   FILING PROVIDED IN THE EXHIBIT BELOW.**

1. (Plaintiff/Ex.14) Health East- St. John Hospital/ED Transition Record

2. (Plaintiff/Ex. 19) ADC- Health Request form dated 8/10/2012

3. (Plaintiff/Ex. 20) ADC- Health Request form dated 8/27/2012

4. (Plaintiff/Ex. 13) Medtox Laboratories sheet dated 8/16/2012

5. (Plaintiff/Ex. 23) Ramsey County ADC Progress note dated 7/19/2012-8/27/2012

6. (Plaintiff/Ex. 14A) Medication Administration Record (3 pages)

7. (Plaintiff/Ex. 19A) Inmate Intake Admission-Booking, ADC Wound Care Treatment Record, St. John's Hospital-Discharge Instruction, MRSA Information Sheet.

## STATEMENT OF CLAIM

**A. Ramsey County Sheriff- Matt Bostrom**

For failing to properly train his ***Under-Sheriff- Deputy Mark Bloom*** on providing experienced medical staff to prevent the spread of any and all infection diseases namely the staph infection that was contracted by the plaintiff. Not controlling the outbreak through tracking, isolation, and improved hygiene practice to prevent the staph disease from spreading to other pre-trial detainee as the plaintiff which is a clear case violation of the plaintiff 14th amendment right to be free of due process and the violation of his 8th amendment right to be free of <u>cruel and unusual punishment?</u> In his official and individual capacities

**B. Ramsey County Sheriff Deputy- Mark Bloom**

For failing, to properly train his LEC officer and medical staff to provide better cleaning of housing unit and cells and for also failing to better order that ADC medical staff to better test intake admission staff to look for open wounds and other signs of possible infection by disinfecting that area of the jail to control the outbreak through tracking, isolation, and improved hygiene practice to prevent the staph disease from spreading to other pre-trial detainee as the plaintiff did. This is a clear violation of the plaintiffs <u>8th and 14</u> amendment rights to be free of <u>Due Process and Cruel and Unusual Punishment</u>. Both in his official and individual capacities.

**C. Steven Frost- Manager Nurse**

For failing to properly train his medical staff to better to control the outbreak through tracking, isolation, and improved, hygiene practices. Of the **MRSA** *(Staph Infection)* that was contracted by the plaintiff while in the ADC after returning from the E.R. at St. John Hospital. This is a clear violation of the plaintiff <u>8th and 14th amendment</u> right to be free of <u>Cruel and Unusual Punishment and Due Process.</u>

**D. Rob Moxley- Goldman – Supervising Nurse**

For failing to properly train his medical staff to better to control the outbreak through tracking, isolation, and improved, hygiene practices. Of the **MRSA** *(Staph Infection*) that was contracted by the plaintiff while in the ADC after returning from the E.R. at St. John Hospital. This is a clear violation of the plaintiff <u>8th and 14th amendment</u> right to be free of <u>Cruel and Unusual Punishment and Due Process.</u>

## CONCLUISION

After plaintiff was booked into the Ramsey County Sheriff Department Adult Detention Center, he had seen the St. John Hospital ER for wounds he suffered from during arrest by dog bites. Plaintiff was released from the ER with stitches in him back, and was given Antibes to treat the bites in his back and prevent any infection. The plaintiff also was treated and tested for any once infection diseases, **(MRSA)** being one of them, and they from no infection of any type in his blood test while at St. John Hospital, this information was recorded in plaintiff discharge summary before being released to the custody of the sheriff department.

Albert Hudson #205631    **Page 5**    *Albert Hudson*

The plaintiff was uninfected by the *(Staph)* before entering the ADC, and within an unknown number of days his somehow contracted the infection. The defendants the exhibits presented with this complaint shows that defendants must had some idea of the infection going around because the medical staff didn't bother transporting the plaintiff to the ER for testing, they just took a culture and prescripts him with medications there on the stop. At some point the defendant, had long known of the extensive **(MRSA)** problem yet had contused to house inmates in the face of the inadequately controlled staph contamination.

The defendants made no attempt to at the time or before the plaintiff enter to ADC to control the outbreak through tracking, isolation, and improved hygiene practice to prevent the staph disease from spreading to other pre-trial detainee as the plaintiff did. The defendants violated the plaintiff 14th and 8th amendment rights to be free of <u>Cruel and Usual Punishment and Due Process</u>

### RELIEF

The plaintiff is seeking monetary damages in the amount of **_$1.2 millions dollar_** from defendants in both there **OFFICIAL AND INDIVIDUAL CAPACITIES.**

| DFENDANT | COMPENSATORY | PUNTIVE |
|---|---|---|
| *1. Sheriff / Matt Bostrom* | *$200,000* | *$100,000* |
| *2. Deputy Sheriff / Mark Bloom* | *$200,000* | *$100,000* |
| *3. Managing Nurse / Steven Frost* | *$200,000* | *$100,000* |
| *4. Sup. Nurse / Rob Moxley-Goldsmit* | *$200,000* | *$100,000* |

Albert Hudson #205631        **Page 6**    Albert Hudson

Albert Hudson
#205631
MCF-Faribault
1101 Linden Lane
Faribault, MN 55101


April 26, 2014

**If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).**
**Check here if additional sheets of paper are attached.** ☐

## II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

      ☒  Yes

      ☐  No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

      ☒  Yes

      ☐  No

C. If you answered "yes" to question II.B.:
1. What steps did you take: Filling two health care request forms on 8/10/2012 and 9/2012,

2. What was the result? ~~Sent to the E.R. at Regions Hospital for dog bite and then again for chest paiss. But was place segregation by Jail Sgt. Werner for ask she reported for faking the pains.~~

   \*\*\*Attach a copy of the decision or disposition received from the prisoner grievance procedure.\*\*\*\*

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

## III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.     Name of Plaintiff:

     Prisoner Number

     Address

     Albert   Henderson

5

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B.    Name: RAMSEY COUNTY SHERIFF MATT BOSTROM,MARK BLOOM,STEVEN FOST
         ROB MOXLEY-GOLDSMIT

Official Position:
         COUNTY SHERIFF, DEPUTY SHERIFF, CORRECTIONAL
         MEDICAL STAFF.
Employer's Address:

         RAMSEY COUNTY ADULT DETENTION CENTER
         426 GROVE ST
         ST. PAUL MN 55101

Additional Defendants:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: ☐**
**Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.**

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A.         SEE TYPED COMPLIANT AS PROVIDED

Albut Hudson

6

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

## V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Do not make any legal arguments or cite any cases or statutes.    SEE TYPED REQUEST FOR RELIEF AS
                    PROVIDED.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this   12+h   day of April   , 20 14

Signature(s) of Plaintiff(s)    Albert Hudson

7

Albert Hudson

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

Albert Hudson